Eliza J. McArthur, SB #152312
eliza@mcarthurlevin.com
Jeffery W. Maisen, SB #271809
jeff@mcarthurlevin.com
MCARTHUR & LEVIN
637 N. Santa Cruz Avenue
Los Gatos, CA  95030
(408) 741-2377 (Telephone)
(408) 741-2378 (Facsimile)

ATTORNEYS FOR PLAINTIFF
SEQUOIA UNION HIGH SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEQUOIA UNION HIGH SCHOOL DISTRICT, | Case No.: 22-cv-04206-CRB |
| Plaintiff, | SEQUOIA UNION HIGH SCHOOL DISTRICT'S NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| M.C., et al., | |
| Defendants. | |

NOTICE IF HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff Sequoia Union High School District ("SUHSD") voluntary dismisses the above-captioned action without prejudice.

//

//

SEQUOIA UNION HIGH SCHOOL DISTRICT'S NOTICE OF VOLUNTARY DISMISSAL (22-cv-04206-CRB)
- 1

| | | |
|---|---|---|
| 1 | Dated: December 30, 2022 | Respectfully submitted, |
| 2 | | MCARTHUR & LEVIN |
| 5 | | *Signed Electronically*<br>Jeffery W. Maisen, |
| 6 | | Attorney for Plaintiff,<br>SUHSD |